Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*January 06, 2021*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO.: **4:21cr06** |
| JOHN DOE 1 aka USER "`Mark", et al | § | |

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through Ryan K. Patrick, United States Attorney, for the Southern District of Texas, and Kimberly Ann Leo, Assistant United States Attorney, and moves this Honorable Court to Seal the Indictment filed in the above-captioned case and respectfully makes the following requests:

I.

The United States respectfully requests the Court to seal the Criminal Indictment in the above case. The United States further moves that this Motion and the accompanying Order be sealed until the defendants named above have been arrested, at which time the Indictment, Motion, and Order will automatically be unsealed as to each arrested defendant without further order of the Court.

II.

The United States also respectfully requests the Court to enter an order directing the United States Marshal's Service for the Southern District of Texas to enter the Warrant for Arrest of the above defendants into the National Crime Information Center (NCIC) database upon the oral or written request of any Assistant United States Attorney for the Southern District of Texas.

III

The United States further requests that copies, including certified copies, of the Indictment and Arrest Warrants be provided to the United States Attorney's Office, specifically, but not limited to, Kimberly Ann Leo, and the investigating law enforcement agency, Homeland Security Investigations (HSI), specifically, but not limited to Special Agent Joshua Conrad, upon his request and without further order of the Court.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

    *s/ Kimberly Ann Leo*
    Kimberly Ann Leo
    Assistant United States Attorney