**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: **4:21cr06** |
| | § | |
| JOHN DOE 1 aka USER "`Mark", et al | § | |

### S E A L E D   O R D E R

On this day came on for consideration the Government's Motion To Seal the Indictment, and the Court is of the opinion that said Motion should be, and the same is hereby, GRANTED.

IT IS THEREFORE, ORDERED that the Indictment, the Government's Motion To Seal Indictment, and the Order Sealing Indictment all be sealed together.

IT IS FURTHER ORDERED that the Indictment, Motion, and Order will automatically be unsealed upon the arrest of the defendant without further Order of this Court.

IT IS FURTHER ORDERED that the United States Marshal's Service for the Southern District of Texas shall enter the Warrant for Arrest of the above defendants into the National Crime Information Center (NCIC) database upon the oral or written request of any Assistant United States Attorney for the Southern District of Texas.

IT IS FURTHER ORDERED that the United States District Clerk provide copies, including certified copies, of the Indictment and Arrest Warrants to the United States Attorney's Office, specifically, but not limited to, Kimberly Ann Leo, and the investigating law enforcement agency, the Homeland Security Investigations (HSI), specifically, but not limited to Special Agent Joshua Conrad, upon his request and without further order of the Court.

Signed on this \_\_\_6th\_\_\_ day of January, 2021.

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE