United States District Court
Southern District of Texas
**ENTERED**
January 19, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-21-06 |
| John Doe 1, | § | |
| John Doe 2, | § § | Sealed |
| Defendants. | § | |

## Order Transferring Case

By agreement between the judges, this case is transferred to the docket of Judge David Hittner.

Signed on January 19, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge